Osborne WYNN, Jr., Plaintiff—
Appellant,

v.

Gene M. JOHNSON, Director, Virginia Department of Corrections; Helen F. Fahey, Chairman, Virginia Parole Board; Doris L. Ewing, Senior Manager Court and Legal Service, Defendants—Appellees.

No. 05–7723.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2006.

Decided: June 28, 2006.

Osborne Wynn, Jr., Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Osborne Wynn, Jr., appeals the magistrate judge's order* dismissing his 42 U.S.C. § 1983 (2000) action for failure to

---

* The case was decided by a magistrate judge with the consent of the parties. *See* 28 U.S.C. § 636(c) (2000).

state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Wynn v. Johnson,* No. CA–04–827 (E.D.Va. Oct. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*